# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Katy Industries, Inc., et al., | : | Chapter 11 |
| Debtors. | : | Bankruptcy Case No. 17-11101 (KCJ) |
| _____ | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF KATY INDUSTRIES, INC., | : | |
| Appellant, | : | |
| v. | : | C. A. No. 18-1081-LPS |
| VICTORY PARK CAPITAL ADVISORS, LLC, et al., | : | BK Adv Case No. 17-50937 |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **29th** day of **March , 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

This matter was appealed on July 23, 2019 (D.I. 1). Since that time, the parties have kept the Court advised of their efforts to determine whether mediation on

this appeal would be fruitful and whether to privately mediate this matter. In response, the Court entered Oral Orders. *See* D.I. 4 through 9. The parties selected a private mediator and proceeded through mediation. Consistent with the Court's oral order at D.I. 9, the Mediator's Certificate of Completion was filed on March 31, 2019 advising that the matter did not resolve. D.I. 10.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1, are anticipated. A briefing schedule for this appeal is needed.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge